326/15

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Medtronic USA, Inc.<br>800 53rd Avenue NE, SLK27<br>Minneapolis, MN 55421<br>Bob.Zbylicki@medtronic.com | FOR COURT USE ONLY<br><br>FILED<br>DEC 10 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| ☒ Individual appearing without attorney<br>☐ Attorney for: | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION ▼ ||
| In re:<br>International Philanthropic Hospital Foundation fdba Granada Hills Community Hospital | CASE NO.: 1; 02-bk20579 GM<br>CHAPTER: 7 ▼ |
| Debtor(s). | **MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** |

I, under penalty of perjury under the laws of the United States declare (or certify, verify, or state) that the following statements and information are true and correct:

1.  I request an order releasing the total amount of $16,571.92_____ which is the sum of all monies deposited with the court on the following date(s) December 1, 2014_____on behalf of the creditor Medtronic USA, Inc._____

    on claim number(s) 25 and 573_____.

2.  Please check and complete the applicable subparagraph(s) below:

    a.  ☐   I am the creditor named in paragraph 1.

    b.  ☒   I am an employee of the creditor named in paragraph 1 and my title is <u>Dir. of Customer Financial Services</u>. The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    c.  ☐   I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 3011-1.MOTION.UNCLAIMED.FUNDS

    d. ☐ Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (*submit evidence establishing basis for right to obtain payment*): _____
_____
_____
_____
_____

3. Please complete each of the following subparagraphs:

    a. The following is the creditor's address and phone number:
Medtronic USA, Inc.
800 53rd Avenue NE, SLK27
Minneapolis, MN 55421
1 (763) 514 - 5000

    b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):
Medtronic USA, Inc. ("Medtronic") was operating at another address at the time of petition. Medtronic continues to operate under the name Medtronic USA, Inc. but its mailing address has changed as set forth above. The new address is where Medtronic may be contacted for remittance of the funds. Medtronic was and continues to be a subsidiary of Medtronic plc a publicly traded company. I continue to have authority, now as Interim Director of Customer Financial Services to file this request for remittance of the funds.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012     Page 2     F 3011-1.MOTION.UNCLAIMED.FUNDS

See attached  
Letter -(next page)

(Corporate seal if applicable)

_Bob Zbylicki_  
Signature of creditor/successor

Medtronic USA, Inc.  
Printed creditor's/successor's name

800 53rd Avenue NE, SLK 27  
Creditor's/successor's address

Minneapolis, MN 55421

STATE OF ~~CALIFORNIA~~ Minnesota, COUNTY OF Hennepin

On November 13, 2015 before me, personally appeared (insert name and title of the signer) Bob Zbylicki, Director of Customer Financial Services personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

COLLEEN M STIEG  
Notary Public  
State of Minnesota  
My Commission Expires  
January 31, 2020

_Colleen M. Stieg_  
Notary Public

My commission expires on Jan 31, 2020

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 3011-1.MOTION.UNCLAIMED.FUNDS

# Medtronic

**Medtronic USA, Inc.**
710 Medtronic Parkway
Minneapolis, MN 55432

November 13, 2015

To Whom It May Concern:

We have been requested to provide a corporate seal for the purpose of making legal filings for Medtronic USA, Inc., a Minnesota limited liability company ("the Company"). This is to inform you that, in keeping with common practice in the United States of America and the laws of the State of Minnesota, the Company is not required to have a corporate seal and in fact has no corporate seal.

Yours very truly,

Anne M. Ziebell
Assistant Secretary

j:\corp legal\subsidiary maintenance\certificate\miscellaneous\no corporate seal.doc

_____
*Signature of attorney/attorney-in-fact (if appointed)*

_____
Printed name

_____
Address

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*
_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
Notary public

My commission expires on _____

Presented by:

_____
_____
_____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012          Page 4          F 3011-1.MOTION.UNCLAIMED.FUNDS

## PROOF OF SERVICE OF DOCUMENT

I hereby certify under penalty of perjury under the laws of the United States that on 11/19/15, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document entitled: **MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** to the United States attorney's office, United States trustee's office, and other persons and entities required to be served by LBR 3011-1(b) and addressed as follows:

United States attorney's office
*Address*: United States Attorney
312 North Spring Street
Los Angeles, CA 90012

United States trustee's office
*Address*: United States Trustee's Office
725 S Figueroa, 26th Floor
Los Angeles, CA 90017

Name and address of the trustee appointed in the case and the trustee's counsel, if any:

David Keith Gottlieb
15233 Ventura Blvd. 9th Floor
Sherman Oaks, CA 91403

Howard B. Goldstein
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Name and address of the Debtor, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

International Philanthropic Hospital Foundation
10455 Balboa Blvd.
Granada Hills, CA 91394

Robert W. Lundy
1875 Century Park East #1600
Los Angeles, CA 90067

If Movant is not the original creditor or an employee thereof, insert the name and address of the original creditor and the creditor's counsel, if any:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

11/13/15      Bob Zbylicki,       Bob Zbylicki
Date          Printed Name        Signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                           Page 5         **F 3011-1.MOTION.UNCLAIMED.FUNDS**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

RE: )
   International Philanthropic Hosp. aka )   Case: 1;02-bk-20579-GM
   Granada Hills Community Hospital )
)
   Debtor(s) )   **Certificate of Authority**
_____)

I, David Wilner, Sr. Director of Customer Financial Services, hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

1. My name and position with the company is listed above and the address and telephone number are as follows:

   Medtronic USA, Inc.
   800 53rd Avenue NE, SLK27
   Minneapolis, MN 55421
   1(763)514-5000

2. I filed a proof of claim on behalf of Medtronic USA, Inc. on February 4, 2003 and Bob Zbylicki has been authorized to complete the attached forms, and sign on behalf of the company for the collection of remaining unclaimed funds.

3. Medtronic USA, Inc. still retains and has not transferred its claim or right to recover these funds.

Dated December 8, 2015      X _____
                                                               David Wilner

STATE OF Minnesota , COUNTY OF Hennepin

On Colleen Stieg before me, personally appeared Bob Zbylicki personally known to me or in the alternative, proven to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the attached documents and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the documents. WITNESS my hand and official seal.

(SEAL)

Colleen M. Stieg
Notary Public

COLLEEN M STIEG
Notary Public
State of Minnesota
My Commission Expires
January 31, 2020

Commission expires on Jan 31, 2015

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

RE:    )
   International Philanthropic Hosp. aka    )    Case: 1;02-bk-20579-GM
   Granada Hills Community Hospital    )
                                                  )
   Debtor(s)    )    **Certificate of Authority**
_____)

I, Bob Zbylicki, Interim Director of Customer Financial Services, hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

1. My name and position with the company is listed above and the address and telephone number are as follows:

    Medtronic USA, Inc.
    800 53rd Avenue NE, SLK27
    Minneapolis, MN 55421
    1(763)514-5000

2. I filed a proof of claim on behalf of Medtronic USA, Inc. on February 4, 2003 and am further authorized to complete the attached forms, and sign on behalf of the company for the collection of remaining unclaimed funds.

3. Medtronic USA, Inc. still retains and has not transferred its claim or right to recover these funds.

Dated __11/13/15__    X _____
                                                                                                      Bob Zbylicki

STATE OF __Minnesota__, COUNTY OF __Hennepin__

On __Nov 13, 2015__ before me, personally appeared Bob Zbylicki personally known to me or in the alternative, proven to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the attached documents and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the documents. WITNESS my hand and official seal.

(SEAL)    _____
                                                 Notary Public

COLLEEN M STIEG
Notary Public
State of Minnesota
My Commission Expires
January 31, 2020

Commission expires on __Jan 31, 2020__